UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 5:26-cv-04947-AB-AS | Date: | October 26, 2026 |

| | |
|---|---|
| Title: | *Zulma Yaneth Castro Castro v. Burlington Distribution Corp., et al.* |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
| Evelyn Chun | N/A |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings: [In Chambers] ORDER STAYING ACTION PENDING PLAINTIFF'S ANTICIPATED VOLUNTARY DISMISSAL**

The Court has reviewed the parties' Joint Statement Regarding Related Action and Anticipated Dismissal. *See* Rule 26(f) Joint Report (Dkt. No. 18) § 1. The parties should have filed a Stipulation and Proposed Order. The parties apparently agree that this action will be dismissed as a result of the settlement proceedings in the *Maldonado* Action[1], so it is not necessary to issue a scheduling order. In fact, it appears that this case should be stayed pending that disposition. The Court therefore **STAYS** this action pending its dismissal. If this action remains pending, the parties are **ORDERED** to file a Joint Report in 120 days, and every 120 days thereafter, until this case is dismissed or until either party moves to vacate the stay. The Scheduling Conference is **VACATED**. **SO ORDERED.**

---

[1] As defined by the parties' Ruls 26(f) Joint report, the *Maldonado* Action *consists of Maldonado v. Burlington Coat Factory Warehouse, et al.*, (Case No.: 5:25-cv-01307-AB-AS), and a related PAGA-only action bearing the same name pending in the Superior Court of the State of California for the County of San Bernardino (Case No.: CIVSB2517175).